# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2693

_____

DAVID TERRENCE STEPHENS,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

Appellees.

_____

On appeal from the Circuit Court for Hamilton County.
Frederick Koberlein, Judge.

June 9, 2025

PER CURIAM.

DISMISSED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David Terrance Stephens, pro se, Appellant.

No appearance for Appellees.